UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAKIEM COLLIER,

Plaintiff,

-against-

HON. KEITH J. CORNELL, et al,

Defendants.

26-CV-4020 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but his responses do not establish that he is unable to pay the filing fees. Plaintiff states that he has received more than $200 in the past 12 months from a business, profession, or other self-employment yet states that the amount is unknown. (ECF 2 at 1–2, response to Question No. 3.) Plaintiff states that he does not receive public benefits. (*Id.* at 2.) Plaintiff states that his wife's income is $100,000 yearly. (*Id.*) Plaintiff further states that his regular monthly expenses total $4,000 (*id.*, response to Question No. 6) and his contribution towards the support of dependents totals $2,000 monthly (*id.*, response to Question No. 7). Plaintiff states he does not have any other debts or financial obligations. (*Id.*, response to Question No. 8.) It is therefore unclear to the Court based on this information that Plaintiff is unable to afford the fees.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP

application, it should be labeled with docket number 26-CV-4020, and address the deficiencies described above by providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summonses shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 21, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge