UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAKIEM COLLIER,

Plaintiff,

-against-

HON. KEITH J. CORNELL ET AL,

Defendants.

26cv4020 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 29, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 9, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge