UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAKIEM COLLIER,

Plaintiff,

-against-

HON. KEITH J. CORNELL et al,

Defendants.

26-CV-4020 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On October 29, 2026, the Court dismissed the complaint for the failure to pay the filing fee or submit an amended application to proceed *in forma pauperis* (IFP), that is without prepayment of fees. On November 6, 2026, Plaintiff filed a letter indicating that he had not received the September 21, 2026 order directing him to pay the filing fee or submit an amended IFP application. (ECF 8.)

The Court liberally construes this submission as a motion for relief from a judgment or order under Rule 60(b) of the Federal Rules of Civil Procedure. *See Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006); *see also Tracy v. Freshwater*, 623 F.3d 90, 101 (2d Cir. 2010) (The solicitude afforded to *pro se* litigants takes a variety of forms, including liberal construction of papers, "relaxation of the limitations on the amendment of pleadings," leniency in the enforcement of other procedural rules, and "deliberate, continuing efforts to ensure that a pro se litigant understands what is required of him") (citations omitted).

After reviewing the arguments in Plaintiff's submission, the Court grants the motion. Plaintiff asserts that he has not received the September 21, 2026 order, stating that he only learned of the September 21, 2026 order when he called the Pro Se Intake Unit on November 4, 2026. (ECF 8.) Plaintiff further indicates that he intends to pay the filing fee, stating that he will

submit a money order. (*Id.*) The Court therefore vacates the dismissal of the complaint, reopens this action, and directs Plaintiff to submit payment of the filing fee, or an amended IFP application, within thirty days of the date of entry of this order.

**CONCLUSION**

The Court grants Plaintiff's motion for reconsideration (ECF 8). The Court therefore directs the Clerk of Court to vacate the October 29, 2026 order of dismissal (ECF 6) and November 9, 2026 judgment (ECF 7), and to reopen this action.

The Court directs Plaintiff to submit payment of the filing fee or complete then submit the attached amended IFP application within thirty days of the date of entry of this order. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 13, 2026
New York, New York

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge